FILED

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0217

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0217

_____

IN THE MATTER OF:

T.N.B., A.M.B, and S.M.B,                                   O R D E R

     Youths in Need of Care.


_____


On May 19, 2020, counsel for Appellee filed an Unopposed Motion to Supplement the Record on Appeal, requesting the records in two District Court cases be filed to supplement the record.  This Court granted the motion, and the additional records were filed May 28, 2020.

Counsel for Father has now filed a Motion to Stay Briefing Schedule in this matter, requesting a 30-day extension after filing of the additional District Court records to file his opening brief.  Because the additional records have been filed,

IT IS ORDERED that the Motion to Stay Briefing Schedule is DENIED.  Appellant's opening brief is due June 29, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2020